Angela Maria DOZIER, Plaintiff—
Appellant,

v.

FRANKLIN COUNTY JAIL; the Kel-
lers, Chaplains @ FCCW; Roach,
Nurse @ FCCW Infirmary; David M.
Hinds, Dr. @ FCCW Infirmary; A.
Smith, Ms., Case Manager @ FCCW;
Agogah, Chaplain @ NCCIW; Ms.
Jones, Case Manager @ FCCW; Jerry
Jones, Sheriff @ Franklin County

Jail; Judy Sills, Manager @ NCDOC Combined Records; Poole, Ms. @ FCCW Mailroom; Taylor, Ms., Mailroom Officer @ FCCW; Sgt. Woodley, @ FCCW; Ms. Peele, Case Manager/Social Worker @ FCCW; Purvis, Ms., Mental Health Social Worker @ FCCW, Defendants—Appellees.

No. 05–6689.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 9, 2005.

Decided Sept. 30, 2005.

Angela Maria Dozier, Appellant Pro Se.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Angela Maria Dozier appeals the district court's order dismissing her 42 U.S.C. § 1983 (2000) complaint as frivolous under 28 U.S.C. § 1915(e)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Dozier v. Franklin County Jail,* No. CA–05–171–BO–5 (E.D.N.C. Apr. 21, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*